# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| United States of America <br> v. <br> **STANLEY DANYE SCARBOROUGH** <br> Date of Original Judgment: June 29, 2004 <br> Date of Previous Amended Judgment: July 18, 2008 <br> *(Use Date of Last Amended Judgment if Any)* | Case No: CR-03-00118-001-JHP <br> USM No: 04191-063 <br><br> Pro se <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 121 months **is reduced to** 120 months on Counts 1, 2, and 3, to be served concurrently.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated June 29, 2004 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/23/2011

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

JAMES H. PAYNE, UNITED STATES DISTRICT JUDGE
*Printed name and title*